## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELIZABETH INGE, et al.,

      Plaintiffs,

v.                                             No. CIV 17-0221 SMV/CG

COVENANT MEDICAL GROUP,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 9) filed April 11, 2017. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 18), filed July 18, 2017.

                                          _____
                                          THE HONORABLE CARMEN E. GARZA
                                          UNITED STATES MAGISTRATE JUDGE