# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ELIZABETH INGE, et al.,

    Plaintiffs,

v.                                                   No. CIV 17-0221 SMV/CG

COVENANT MEDICAL GROUP,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Time for Discovery*, (Doc. 48), filed December 18, 2017. The parties ask the Court to extend the discovery deadline in this case to February 12, 2018. The Court, having considered the Motion, noting it is unopposed and only asks for an extension of the discovery deadline, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion for Extension of Time for Discovery*, (Doc. 48), is **GRANTED**, the parties' discovery deadline is extended to February 12, 2018. All other deadlines shall remain in place.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE