# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Carmen E. Garza
## United States Magistrate Judge

## Clerk's Minutes

## Inge, et al. v. Covenant Medical Group

## CV 17-221 SMV/CG

## January 23, 2018

Attorney for Plaintiffs:    Eric Dixon

Attorney for Defendant:    Carla Williams

Proceedings:    Telephonic Status Conference

The Court asked the parties if they would like to reset the settlement conference in this case. The parties did not agree to go forward with the settlement conference prior to rulings on the dispositive motions. The Court stated it will set a status conference after those motions have been ruled on. Defendants' counsel stated the parties were able to complete their depositions within the Court's deadline. The Court encouraged the parties to contact the Court if they needed anything further.

Clerk:    atc
         2:00 - 2:05 p.m.