UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ELIZABETH INGE, individually, and**
**JOHNNY INGE, individually,**

      **Plaintiffs,**

**v.**                                                            No. 2:17-cv-00221-SMV-CG
**COVENANT MEDICAL GROUP, a**
**Foreign non-profit corporation doing**
**Business in the State of New Mexico**
**As Covenant Family Health Care Center,**

      **Defendant.**

## STIPULATED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

THIS MATTER, having come before the Court by stipulated motion and the Court being fully apprised hereby orders:

1. Defendant is hereby granted until Monday, January 29, 2018 to file its Reply in Support of Motion for Summary Judgment.

2. No other pre-trial deadlines will have to be extended.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

1

**ATWOOD, MALONE, TURNER & SABIN, P.A.**

*/s/ Lee M. Rogers, Jr. on 01-22-2018*
Lee M. Rogers, Jr.
Carla Neusch Williams
Quincy J. Perales
P.O. Drawer 700
Roswell, New Mexico 88202-0700
(575) 622-6221
*Attorneys for Defendant Covenant Medical Group*


APPROVED:


By  *Electronically Approved on 01-22-2018*
Eric D. Dixon
301 South Avenue A
Portales, NM 88130
(575) 359-1233
*Attorney for Plaintiffs*