UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**ELIZABETH INGE, individually, and
JOHNNY INGE, individually,**

      **Plaintiffs,**

**v.**                        No. 2:17-cv-00221-SMV-CG

**COVENANT MEDICAL GROUP, a
Foreign non-profit corporation doing
Business in the State of New Mexico
As Covenant Family Health Care Center,**

      **Defendant.**

## STIPULATED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

THIS MATTER, having come before the Court by stipulated motion and the Court being fully apprised hereby orders:

1. Defendant is hereby granted permission to exceed the applicable twelve-page limit for its Reply in Support of Motion for Summary Judgment.

2. Defendant's Reply in Support of Motion for Summary Judgment may be up to, but no longer than, fifteen pages.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

**ATWOOD, MALONE, TURNER & SABIN, P.A.**

*/s/ Lee M. Rogers, Jr. on 01-24-2018*
Lee M. Rogers, Jr.
Carla Neusch Williams
Quincy J. Perales
P.O. Drawer 700
Roswell, New Mexico 88202-0700
(575) 622-6221
*Attorneys for Defendant Covenant Medical Group*

APPROVED:

*Electronically Approved 01-24-2018*
Eric D. Dixon
301 South Avenue A
Portales, NM 88130
(575) 359-1233
*Attorney for Plaintiffs*