IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELIZABETH INGE and JOHNNY INGE,

    Plaintiffs,

v.                                                                           No. 17-cv-0221 SMV/CG

COVENANT MEDICAL GROUP,

    Defendant.

## JUDGMENT

Having granted Defendant Covenant Medical Group's Motion for Summary Judgment [Doc. 44], by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**